[Civil No. 2862.  Filed April 29, 1930.]

[287 Pac. 303.]

ROY PLACE, Appellant, v. JOHN LATZ, Appellee.

PER CURIAM.—This is a companion case to that of *Severin* v. *Latz, ante,* p. 496, 287 Pac. 300, and it was agreed that both cases should be submitted on the same record and briefs, and that the judgment in this case should be governed by that in the case just cited.

The judgment of the trial court herein is therefore affirmed.